# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: KINDWALD, DONALD J | § Case No. 10-14990 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 05, 2010. The undersigned trustee was appointed on April 05, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $            9,943.68

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 28.04 |
| Bank service fees | 581.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 9,334.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims of this case was / / and the deadline for filing governmental claims was 10/02/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,744.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,744.37, for a total compensation of $1,744.37.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $28.04 and now requests reimbursement for expenses of $0.00, for total expenses of $28.04.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/26/2013           By:/s/JOHN E. GIERUM
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 10-14990
Case Name: KINDWALD, DONALD J
Period Ending: 11/26/13

Trustee: (520171) JOHN E. GIERUM
Filed (f) or Converted (c): 04/05/10 (f)
§341(a) Meeting Date: 05/17/10
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 21 Brunswick Ln., Lincolnshir<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 360,000.00 | 0.00 | | 0.00 | FA |
| 2 | Single Family Home 1826 Maplewood (debtor owns 2<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 28,750.00 | 0.00 | | 0.00 | FA |
| 3 | Single Family 25378 Park Court (debtor owns 50%)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 57,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Bridgeview Bank<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of America<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Northern Trust Bank ($300.00 overdrawn)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Living Room Set, Dining Room Set, Bedroom Sets (<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | Books, CDs, Prints, Family Pitures<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 100.00 | 100.00 | | 0.00 | FA |
| 10 | Ordinary Wearing Apparel<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Jenna Kindwald- Section 529 Morgan Kindwald- Sec<br>Orig. Asset Memo: Imported from original petition<br>Doc# 25 | 40,000.00 | 0.00 | | 0.00 | FA |
| 12 | Bank of America Investment Services Merril Lynch | 178,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-14990  
Case Name: KINDWALD, DONALD J  
Period Ending: 11/26/13

Trustee: (520171) JOHN E. GIERUM  
Filed (f) or Converted (c): 04/05/10 (f)  
§341(a) Meeting Date: 05/17/10  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from original petition Doc# 25 | | | | | |
| 13 Stocks (s) Orig. Asset Memo: Imported from original petition Doc# 25 | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 2008 Federal and State Tax Refunds (1/2-DJK) (to Orig. Asset Memo: Imported from original petition Doc# 25 | 12,000.00 | 12,000.00 | | 9,941.00 | FA |
| 15 Vehicles Orig. Asset Memo: Imported from original petition Doc# 25 | 31,000.00 | 0.00 | | 0.00 | FA |
| 16 2003 BMW on Lease Orig. Asset Memo: Imported from original petition Doc# 25 | 0.00 | 0.00 | | 0.00 | FA |
| Int INTEREST (u) | Unknown | N/A | | 2.68 | Unknown |
| 17 Assets Totals (Excluding unknown values) | $712,550.00 | $13,200.00 | | $9,943.68 | $0.00 |

**Major Activities Affecting Case Closing:**

review claims

Initial Projected Date Of Final Report (TFR): December 31, 2012    Current Projected Date Of Final Report (TFR): December 31, 2013

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-14990 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | KINDWALD, DONALD J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******71-65 - Checking Account |
| Taxpayer ID #: | **-***0708 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | {14} | Johnson & Newby, LLC | RECEIVABLE | 1129-000 | 9,941.00 | | 9,941.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 9,941.15 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 9,941.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 9,942.33 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,942.41 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,942.49 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,942.57 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,942.65 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,942.73 |
| 02/04/11 | | To Account #9200******7166 | TRANSFER OF FUNDS | 9999-000 | | 8.68 | 9,934.05 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,934.12 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,934.20 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,934.28 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,934.36 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,934.44 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,934.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.05 | 9,915.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,915.55 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,890.55 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,890.63 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,865.63 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,865.71 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,840.71 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,840.79 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,815.79 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,815.87 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,790.87 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,790.95 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,765.95 |
| 02/07/12 | | To Account #9200******7166 | | 9999-000 | | 8.87 | 9,757.08 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,732.08 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,707.08 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,682.08 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,657.08 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,632.08 |
| 07/09/12 | | To Account #9200******7166 | TRANSFER OF FUNDS | 9999-000 | | 9,632.08 | 0.00 |

Subtotals :  $9,943.68  $9,943.68

{} Asset reference(s)

Printed: 11/26/2013 01:37 PM   V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-14990 | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- |
| Case Name: | KINDWALD, DONALD J | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******71-65 - Checking Account |
| Taxpayer ID #: | **-***0708 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/26/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 9,943.68 | 9,943.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,649.63 | |
| | | | Subtotal | | 9,943.68 | 294.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,943.68 | $294.05 | |

{} Asset reference(s)

Printed: 11/26/2013 01:37 PM V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-14990 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | KINDWALD, DONALD J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***0708 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******7165 | TRANSFER OF FUNDS | 9999-000 | 8.68 | | 8.68 |
| 02/07/11 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #10-14990, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 8.68 | 0.00 |
| 02/07/12 | | From Account #9200******7165 | | 9999-000 | 8.87 | | 8.87 |
| 02/10/12 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-14990, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 8.87 | 0.00 |
| 07/09/12 | | From Account #9200******7165 | TRANSFER OF FUNDS | 9999-000 | 9,632.08 | | 9,632.08 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,607.08 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,582.08 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,557.08 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,532.08 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,507.08 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,482.08 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 9,482.08 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 9,649.63 | 9,649.63 | $0.00 |
| Less: Bank Transfers | 9,649.63 | 9,482.08 | |
| Subtotal | 0.00 | 167.55 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $167.55 | |

{} Asset reference(s)

Printed: 11/26/2013 01:37 PM  V.13.13

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-14990 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | KINDWALD, DONALD J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****688666 - Checking Account |
| Taxpayer ID #: | **-***0708 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,482.08 | | 9,482.08 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 9,467.54 |
| 02/08/13 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-14990, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 10.49 | 9,457.05 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.70 | 9,444.35 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.13 | 9,431.22 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.46 | 9,416.76 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.99 | 9,402.77 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.62 | 9,390.15 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.85 | 9,375.30 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.48 | 9,361.82 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.01 | 9,348.81 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.79 | 9,334.02 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 9,482.08 | 148.06 | $9,334.02 |
| Less: Bank Transfers | | 9,482.08 | 0.00 | |
| Subtotal | | 0.00 | 148.06 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $148.06 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******71-65 | 9,943.68 | 294.05 | 0.00 |
| Checking # 9200-******71-66 | 0.00 | 167.55 | 0.00 |
| Checking # ****688666 | 0.00 | 148.06 | 9,334.02 |
| | $9,943.68 | $609.66 | $9,334.02 |

{} Asset reference(s)             Printed: 11/26/2013 01:37 PM V.13.13

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-14990
Case Name: KINDWALD, DONALD J
Trustee Name: JOHN E. GIERUM

**Balance on hand:** $ 9,334.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,334.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,744.37 | 0.00 | 1,744.37 |

Total to be paid for chapter 7 administration expenses: $ 1,744.37
Remaining balance: $ 7,589.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,589.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,589.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (05/1/2011)

Timely claims of general (unsecured) creditors totaling $ 1,898,850.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -3 | New City Bank | 177,696.54 | 0.00 | 745.59 |
| 2 | NexGen Solutions Corporation | 815,577.18 | 0.00 | 3,422.03 |
| 3 | Mohamed El-Ruby | 815,577.18 | 0.00 | 3,422.03 |

Total to be paid for timely general unsecured claims: $ 7,589.65
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

UST Form 101-7-TFR (05/1/2011)

# Claims Proposed Distribution

## Case: 10-14990   KINDWALD, DONALD J

| Case Balance: | $9,334.02 | Total Proposed Payment: | $9,334.02 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | New City Bank | Secured | 177,696.54 | 0.00 | 0.00 | 0.00 | 0.00 | 9,334.02 |
| 1-2 | New City Bank | Secured | 177,696.54 | 0.00 | 0.00 | 0.00 | 0.00 | 9,334.02 |
| | JOHN E. GIERUM <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,744.37 | 1,744.37 | 0.00 | 1,744.37 | 1,744.37 | 7,589.65 |
| | JOHN E. GIERUM <2200-00 Trustee Expenses> | Admin Ch. 7 | 28.04 | 28.04 | 28.04 | 0.00 | 0.00 | 7,589.65 |
| 1-3 | New City Bank | Unsecured | 177,696.54 | 177,696.54 | 0.00 | 177,696.54 | 745.59 | 6,844.06 |
| 2 | NexGen Solutions Corporation | Unsecured | 815,577.18 | 815,577.18 | 0.00 | 815,577.18 | 3,422.03 | 3,422.03 |
| 3 | Mohamed El-Ruby | Unsecured | 815,577.18 | 815,577.18 | 0.00 | 815,577.18 | 3,422.03 | 0.00 |
| | Total for Case 10-14990 : | | $2,166,016.39 | $1,810,623.31 | $28.04 | $1,810,595.27 | $9,334.02 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,772.41 | $1,772.41 | $28.04 | $1,744.37 | 100.000000% |
| Total Secured Claims : | $355,393.08 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $1,808,850.90 | $1,808,850.90 | $0.00 | $7,589.65 | 0.419584% |