## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KINDWALD, DONALD J                                  §        Case No. 10-14990
                                                           §
                                                           §
Debtor(s)                                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm
on   January 10, 2014  in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  12/01/2013        By:  /s/JOHN E. GIERUM

                                        Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KINDWALD, DONALD J § Case No. 10-14990
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,943.68 |
| *and approved disbursements of* | $ | 609.66 |
| *leaving a balance on hand of* [1] | $ | 9,334.02 |

**Balance on hand:** $ 9,334.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,334.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,744.37 | 0.00 | 1,744.37 |

Total to be paid for chapter 7 administration expenses: $ 1,744.37
Remaining balance: $ 7,589.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,589.65

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 7,589.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,808,850.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 1 -3 | New City Bank | 177,696.54 | 0.00 | 745.59 |
| 2 | NexGen Solutions Corporation | 815,577.18 | 0.00 | 3,422.03 |
| 3 | Mohamed El-Ruby | 815,577.18 | 0.00 | 3,422.03 |

Total to be paid for timely general unsecured claims: $ 7,589.65

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None     |          |                        |                          |                  |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By: /s/JOHN E. GIERUM _____
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-14990-ABG
Donald J Kindwald                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: Dec 04, 2013
                              Form ID: pdf006          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2013.
db            +Donald J Kindwald,    21 Brunswick Lane,    Lincolnshire, IL 60069-3349
15691102       Advanta Bank Corp,    receivership FDIC,    P O Box 3001,    Malvern, PA 19355-0701
15370557      +American Express,    P O Box 0001,    Los Angeles Ca 90096-8000
15691103      +American Zurich Insurance,    c/o Lewis Brisbois,    550 W Adams,    Chicago, Il 60661-3665
15371780      +Austin Bank of Chicago,    5645 West Lake Street,    Chgo IL 60644-1956
15691100      +Austin Bank of Chicago,    1301 W Taylor St,    Chicago, Il 60607-4706
15371771       Bank of America,    POB 15019,    Wilmington De 19886-5019
15691104      +Blaise Wolfram,    c/o Robert Frankenstein,    311 S Wacker Ste 5125,    Chicago, Il 60606-6657
16367597      +Bridgeview Bank,    5117 N Clark St,    Chicago, Il 60640-2807
15691105      +Bridgeview Bank,    c/o Rawles Law Firm,    1 south Lasalle St Ste 2100,    Chicago, Il 60602
15371769      +Charter National Bank and Trust,    2200 W Higgins Road,    Hoffman Estates IL 60169-2481
15691106      +Charter National Bank and Trust,    c/o Teller and Levit & Silvertrust,    11 E Adams St Ste 800,
                Chicago, Il 60603-6324
15371772      +Chase,    POB 15153,    Wilmington De 19850-5153
15371765       Chase Mortgage,    POB 24696,    Columbus Oh 43224-0696
15371770      +Citibank,    P O Box 6000,    The Lakes Nv
16591036      +City of Chicago,    c/o Steve Markoff,    29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-3221
16591037      +City of Chicago,    30 N. LaSalle St., Suite 800,    Chicago, IL 60602-3542
15691114      +David Week,    6255 N Hiawatha,    Chicago, Il 60646-4202
15371774      +HSBC Retail Service,    POB 17298,    Baltimore Md 21297-1298
15371764      +Indymac Bank,    888 East Walnut Street,    Pasadena Ca 91101-1802
15691108      +JP Morgan Chase,    P O Box 15153,    Wilmington, De 19886-5153
15371775      +Johnson & Newby LLC,    39 S LaSalle St Suite 820,    Chgo IL 60603-1616
15691107      +Joseph Cacciatore,    c/o Thomas Gooch,    209 S Main St,    Wauconda, Il 60084-1827
15691109      +Mohamed El-Ruby,    c/o Andrew Staes,    321 S Plymouth C1150,    Chicago, Il 60604-3917
16000876      +Mohamed El-Ruby,    c/o Andrew Staes,    111 W. Washington Suite #1631,
                Chicago, Illinois 60602-2710
15371778      +National City Bank,    POB 856176,    Louisville Ky 40285-6176
15371766      +New City Bank,    Davis McGrath LLC,    125 South Wacker Drive Ste 1700,    Chicago, Il 60606-4478
16000693      +NexGen Solutions Corporation,    Mohamed El-Ruby c/o Andrew Staes,    111 W. Washington Suite 1631,
                Chicago, Illinois 60602-2710
15691111      +PNC Bank,    Weltman and Weinburg,    180 N Lasalle St Ste 240,    Chicago, Il 60601-2501
15691110      +Peter Karitsiotis,    c/o Algirdis Ambutas,    6948 Windsor,    Berwyn, Il 60402-3335
15691112      +TASA Group,    1166 Dekalb Pike,    Blue Bell, PA 19422-1853
15371768      +Texas Alliance Group,    C/O Joe Giamanco,    340 Quadrangle Dr Suite A,
                Bolingbrook Il 60440-3670
15371784      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    POB 790117,    St Louis Mo 63179)
15371773       US Bank,    POB 79017,    St Louis Mo 63179
15691113      +Venture Equites Management,    c/o Ellen Robbins,    Sidley Austin 1 South Dearborn,
                Chicago, Il 60603-2302
15371783      +Wells Fargo,    POB 54349,    Los Angles Ca 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15691117       E-mail/Text: bkr@cardworks.com Dec 05 2013 01:05:26     Advanta,    P O Box 8088,
                Philadelphia, PA 19101
                                                                                      TOTAL: 1


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15371779*      Bank of America,    POB 15019,    Wilmington De 19886-5019
15371777*      Bank of America,    POB 15019,    Wilmington De 19886-5019
15371782*     +Chase,    POB 15153,    Wilmington De 19850-5153
15691116*     +JP Morgan Chase,    P O Box 15153,    Wilmington, DE 19886-5153
15691118*     +JP Morgan Chase,    P O Box 15153,    Wilmington, DE 19886-5153
15691115*     +New City Bank,    900 S Michigan Ave,    Chicago, Il 60605-2201
15371776*      US Bank,    POB 79017,    St Louis Mo 63179
15371767       ##+Konis Capital Inc,    4303 Westview,    Northbrook IL 60062-7425
15691101       ##+New City Bank,    900 S Michigan Ave,    Chicago, Il 60605-2201
15371781       ##+Weyehauer Realty Investors,    8105 Irvine Center Suite 420,    Irvine Ca 92618-3076
                                                                    TOTALS: 0, * 7, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: arodarte            Page 2 of 2            Date Rcvd: Dec 04, 2013
                             Form ID: pdf006           Total Noticed: 37

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2013 at the address(es) listed below:

              Christopher B Lega    on behalf of Debtor Donald J Kindwald clega@jnlegal.net,   chrislega@gmail.com
              Christopher B Lega    on behalf of Defendant Donald J Kindwald clega@jnlegal.net,
                chrislega@gmail.com
              Cindy M. Johnson    on behalf of Defendant Donald J Kindwald cjohnson@jnlegal.net,
                KLindsey@jnlegal.net
              Cindy M. Johnson    on behalf of Debtor Donald J Kindwald cjohnson@jnlegal.net,
                KLindsey@jnlegal.net
              David S Adduce    on behalf of Creditor   Bank of America, N.A. dadduce@komdr.com
              Frank Kladis    on behalf of Creditor   Charter National Bank and Trust fkladis@rfd-law.com
              Gini S. Marziani    on behalf of Creditor   New City Bank gsmarziani@davismcgrath.com,
                mjoseph@davismcgrath.com,lmiller@davismcgrath.com
              Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
                bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              John E Gierum    jgierum@7trustee.net,  IL25@ecfcbis.com
              John M Holowach    on behalf of Defendant Donald J Kindwald jholowach@jmhlegalgroup.com,
                bankruptcy@rjlegalgroup.com
              Michael B Cohen    on behalf of Creditor   NexGen Solutions mcohen@staesandscallan.com,
                staes1@staesandscallan.com
              Michael B Cohen    on behalf of Plaintiff Mohamed   El-Ruby mcohen@staesandscallan.com,
                staes1@staesandscallan.com
              Michael B Cohen    on behalf of Plaintiff   Nexgen Solutions Corporation
                mcohen@staesandscallan.com,  staes1@staesandscallan.com
              Michael B Cohen    on behalf of Creditor Mohamed   El-Ruby mcohen@staesandscallan.com,
                staes1@staesandscallan.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Ralston    on behalf of Plaintiff   FIA Card Services N.A. richardr@w-legal.com,
                chapter-13@w-legal.com
              Steven R Radtke    on behalf of Creditor   BRIDGEVIEW BANK GROUP sradtke@chillchillradtke.com
              Thomas W Gooch    on behalf of Creditor Joseph   Cacciatore tga209@aol.com,
                jhyso@gauthierandgooch.com

                                                                              TOTAL: 18